UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1041-BAJ-RLB** |
| **THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** | |

## NOTICE OF COLLATERAL PROCEEDINGS

In accordance with Local Civil Rule 3, Plaintiff, the United States of America (United States), hereby gives notice that the following cases are other civil actions that are currently pending in any court or administrative agency, which involve a material part of the subject matter and operative facts of the instant matter. The United States submits this list for the Court's consideration under Local Civil Rule 3(a), but takes no position on the appropriate assignment of this matter under Local Civil Rule 3(b):

**U.S. Fifth Circuit Court of Appeals**

1. *Parker v. LeBlanc*, 21-30446 (appeal from USDC-MDLA, *Parker v. La. Dep't of Public Safety and Corr., et al.*, 18-cv-1030-JWD-EWD) (currently pending)

2. *Betz v. LeBlanc*, 23-30857 (appeal from USDC-MDLA, 22-cv-162-BAJ-SDJ) (currently pending)

3. *Hicks v. LeBlanc*, 22-30184 (appeal from USDC-MDLA, *Hicks v. La. Dep't of Public Safety and Corr., et al*., 19-cv-108-SDD-RLB) (currently pending)

4. *Taylor v. LeBlanc*, 24-30625 (appeal from USDC-MDLA, 21-cv-72-BAJ-RLB) (mandate issued November 4, 2024, reversing district court) (no longer pending).

**U.S. District Court, Western District of Louisiana**

5. *Babineaux v. Garber*, 18-cv-233-TAD-PJH (no longer pending)

**U.S. District Court, Middle District of Louisiana**

6. *Buchicchio v. LeBlanc*, *et al.*, 22-cv-147-BAJ-EWD (currently pending)

7. *Sneed v. La. Dep't of Public Safety and Corr., et al.*, 22-cv-207-JWD-RLB (no longer pending)

8. *Giroir v. LeBlanc, et al.*, 21-cv-108-JWD-SDJ (consolidated for discovery only with *Humphrey v. LeBlanc*, 20-cv-233-JWD-SDJ) (currently pending)

9. *Humphrey v. LeBlanc*, 20-cv-233-JWD-SDJ (consolidated for discovery only with *Giroir v. LeBlanc, et al.*, 21-cv-108-JWD-SDJ) (currently pending)

10. *Hicks v. La. Dep't of Public Safety and Corr., et al.*, 19-cv-108-SDD-RLB (pending on appeal before the Fifth Circuit as *Hicks v. LeBlanc*, No. 22-30184)

11. *Parker v. La. Dep't of Public Safety and Corr., et al.*, 18-cv-1030-JWD-EWD (pending on appeal before the Fifth Circuit as *Parker v. LeBlanc*, No. 21-30446)

12. *McNeal v. La. Dep't of Public Safety and Corr., et al.*, 18-cv-736-JWD-EWD (currently pending)

13. *Thomas v. Gryder*, *et al.*, 17-cv-1595-EWD (no longer pending)

14. *Crittindon, et al. v. LeBlanc, et al,* 17-cv-512; 17-cv-602-SDD-EWD (no longer pending)

**U.S. District Court, Eastern District of Louisiana**

12. *Traweek v. Gusman*, 19-cv-1384-DJP-JVM (no longer pending)

13. *Grant v. Gusman*, 17-cv-2797-NJB-DMD (no longer pending)

## Summary

The United States has filed its lawsuit against the State of Louisiana and the Louisiana Department of Public Safety and Corrections (LDOC) pursuant to the Civil Rights of Institutionalized Persons Act, 42 U.S.C. §§ 1997-1997j (CRIPA) for engaging in a pattern or

2

practice of overdetaining persons sentenced to state custody in violation of the Fourteenth Amendment to the Constitution of the United States.

The other lawsuits listed above involve private litigants who have asserted 42 U.S.C. § 1983 claims against the State of Louisiana and LDOC challenging their overdetention in Louisiana prisons. At issue in all of these cases is whether LDOC has unlawfully overdetained persons sentenced to its custody. In some of the other lawsuits, the Department of Justice's January 2023 Findings Report has been introduced for evidentiary purposes in support of the respective claims.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY


/s/ Katherine K. Green
Katherine K. Green, LBN 29886
Assistant United States Attorney
777 Florida Street
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: katherine.green@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Collateral Proceedings* has been filed electronically with the Clerk of Court using the CM/ECF filing system. A copy of the *Notice of Collateral Proceedings* has been mailed by U.S. Mail, return receipt requested, postage prepaid, and properly addressed to the following:

(Return Receipt #: 9589 0710 5270 1326 3973 21)
Governor Jeff Landry
Office of the Governor
900 North Third Street, Fourth Floor
Baton Rouge, LA  70802

(Return Receipt #: 7010 2120 0002 6447 2376)
Louisiana Attorney General Liz Murrill
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802

(Return Receipt #: 9589 0710 5270 1326 3973 38)
Secretary Gary Westcott
Secretary of the Louisiana Department of Public Safety and Corrections
P.O. Box 94304
Baton Rouge, LA  70804

Baton Rouge, Louisiana, this 20th day of December, 2024.

/s/Katherine K. Green
Katherine K. Green, LBN 29886
Assistant United States Attorney

4