UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>THE STATE OF LOUISIANA, et al.,<br><br>DEFENDANTS. | Civil Action No. 3:24-cv-1041<br><br>Judge: BAJ - RLB |

## MOTION TO APPEAR AS COUNSEL OF RECORD

Zachary Faircloth, an attorney admitted to practice before this Court and in good standing, respectfully moves to appear as counsel in this matter for Defendant State of Louisiana and the Louisiana Department of Public Safety and Corrections.

        Respectfully submitted,

        Elizabeth B. Murrill
          ATTORNY GENERAL OF LOUISIANA

       /s/ *Zachary Faircloth*
       Zachary Faircloth (#39875)
         Principal Deputy Solicitor General

       OFFICE OF THE ATTORNEY GENERAL
       LOUISIANA DEPARTMENT OF JUSTICE
       1885 N. Third Street
       Baton Rouge, Louisiana 70802
       Telephone: (225) 421-4088
       Email: faircothz@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 13th day of January, 2025.

                                               /s/ *Zachary Faircloth*
                                               Zachary Faircloth