**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 24-1041-BAJ-RLB |
| THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | |

**NOTICE OF APPEARANCE FOR ATTORNEYS REPRESENTING PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to Local Rule 83(b)(4), the undersigned notifies the Clerk of Court of the appearance of the following attorneys as counsel for the Plaintiff, United States of America:

1. Shannon T. Smitherman, LA Bar No. 32366
   Assistant United States Attorney
   Western District of Louisiana
   300 Fannin Street, Suite 3201
   Shreveport, Louisiana  71101-3068
   Telephone: (318) 676-3613
   Facsimile: (318) 676-3642
   Email: Shannon.Smitherman@usdoj.gov

2. Sandra Ema Gutierrez, LA Bar No. 17888
   Assistant United States Attorney
   Eastern District of Louisiana
   650 Poydras Street, Suite 1600
   New Orleans, Louisiana  70130
   Telephone: (504) 680-3000
   Facsimile: (504) 680-3184
   Email: Sandra.Gutierrez@usdoj.gov

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Katherine K. Green
Katherine K. Green, LBN 29886

Assistant United States Attorney<br>
777 Florida Street<br>
Baton Rouge, Louisiana 70801<br>
Telephone: (225) 389-0443<br>
Fax: (225) 389-0685<br>
E-mail: katherine.green@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance for Attorneys Representing Plaintiff United States of America* has been filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record via operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 16th day of January, 2025.

/s/Katherine K. Green
Katherine K. Green, LBN 29886
Assistant United States Attorney