RECEIVED
JAN 30 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Sandra E. Gutierrez
Department of Justice
United States Attorneys Office
501 Magazine Street
Second Floor
New Orleans, LA 70130



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NIXIE   708  FE 1    0001/28/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Hasler
01/07/2025
US POSTAGE    FIRST-CLASS MAIL
$01.25⁹
ZIP 70801
011D11646286