UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>THE STATE OF LOUISIANA, et al.,<br><br>         Defendants. | Civil Action No. 3:24-cv-1041<br><br>Judge: BAJ - RLB |

## **MOTION FOR ABEYANCE**

Defendants State of Louisiana and Louisiana Department of Public Safety and Corrections respectfully request that the Court (a) hold all proceedings and deadlines in abeyance for 90 days and (b) direct the parties to submit a joint status report after 90 days advising the Court of their positions on the status of this case. The United States consents to this requested relief.

There is good cause for this request. Specifically, an abeyance will accommodate the ongoing transition in leadership at the U.S. Department of Justice. In addition, an abeyance will allow the parties to confer regarding the allegations in the Complaint and potential out-of-court resolution that may obviate any need to impose on the Court's time and resources.

For these reasons, Defendants respectfully request that the Court (a) hold all proceedings and deadlines in abeyance for 90 days and (b) direct the parties to submit a joint status report after 90 days advising the Court of their positions on the status of this case.

Dated: February 7, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**ELIZABETH B. MURRILL**

　　　　　　　　　　　　　　　　　　 /s/ *Zachary Faircloth*
　　　　　　　　　　　　　　　　　　ZACHARY FAIRCLOTH (La #39875)
　　　　　　　　　　　　　　　　　　　*Principal Deputy Solicitor General*
　　　　　　　　　　　　　　　　　　OFFICE OF THE LOUISIANA ATTORNEY
　　　　　　　　　　　　　　　　　　GENERAL
　　　　　　　　　　　　　　　　　　1885 North Third Street
　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70804
　　　　　　　　　　　　　　　　　　Telephone: (225) 326-6766
　　　　　　　　　　　　　　　　　　Facsimile: (225) 326-6795
　　　　　　　　　　　　　　　　　　fairclothz@ag.louisiana.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 7th day of February, 2025.

                                           /s/ *Zachary Faircloth*
                                           Zachary Faircloth