UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| THE STATE OF LOUISIANA, ET AL. | NO. 24-01041-BAJ-RLB |

### ORDER

Considering Defendant's **Motion For Abeyance (Doc. 26),** to which relief Plaintiff consents,

**IT IS ORDERED** that the Clerk of Court shall administratively close the above-captioned matter.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report, Motion to Lift the Stay, and, if applicable, a Motion for Scheduling Conference no later than May 12, 2025.

Baton Rouge, Louisiana, this 10th day of February, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1