UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NUMBER: 3:24-cv-01041-BAJ-RLB |
| | * | |
| **VERSUS** | * | |
| | * | JUDGE: BRIAN A JACKSON |
| **THE STATE OF LOUISIANA and** | * | |
| **THE LOUISIANA DEPARTMENT** | * | MAGISTRATE JUDGE: |
| **OF PUBLIC SAFETY AND** | * | RICHARD L. BOURGEOIS |
| **CORRECTIONS,** | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Defendants, State of Louisiana and Louisiana Department of Public Safety and Corrections ("Defendants"), who respectfully move this Honorable Court for an Order enrolling Andrew Blanchfield and Chelsea A. Payne, Special Assistant Attorneys General, as additional counsel of record for Defendants, in addition to Zachary Faircloth, Principal Deputy Solicitor General, in the above captioned matter. In support of this motion, Defendants state as follows:

1. Andrew Blanchfield is a member in good standing of the Louisiana State Bar and is admitted to appear before this Court

2. Andrew Blanchfield's contact information is as follows:

   Andrew Blanchfield (La. Bar Roll No. 16812)
   Special Assistant Attorney General
   Keogh, Cox & Wilson, Ltd.
   701 Main Street
   Post Office Box 1151
   Baton Rouge, Louisiana  70821
   Telephone: (225) 383-3796
   Facsimile:  (225) 343-9612
   Email: ablanchfield@keoghcox.com

1

3. Chelsea A. Payne is a member of good standing of the Louisiana State Bar and is admitted to appear before this Court.

4. Chelsea A. Payne's contact information is as follows:

    Chelsea A. Payne (La. Bar Roll No. 35952)
    Special Assistant Attorney General
    Keogh, Cox & Wilson, Ltd.
    701 Main Street
    Post Office Box 1151
    Baton Rouge, Louisiana 70821
    Telephone: (225) 383-3796
    Facsimile: (225) 343-9612
    Email: cpayne@keoghcox.com

5. Zachary Faircloth, Principal Deputy Solicitor General, shall remain enrolled as counsel for these Defendants.

WHEREFORE, Defendants pray that this Honorable Court grant their request to enroll Andrew Blanchfield and Chelsea A. Payne, Special Assistant Attorneys General, as additional counsel of record for Defendants in the above captioned matter, in addition to Zachary Faircloth, Principal Deputy Solicitor General.

        Respectfully submitted,

        **ELIZABETH B. MURRILL**
        **Attorney General**

        By:    /s/ Zachary Faircloth
                Zachary Faircloth (#39875)
                *Principal Deputy Solicitor General*
                Office of the Louisiana Attorney General
                1885 North Third Street
                Baton Rouge, LA 70804
                Telephone: (225) 326-6766
                Facsimile: (225) 326-6795
                Email: fairclothz@ag.louisiana.gov

- AND –

**ELIZABETH B. MURRILL**
**Attorney General**


By:  /s/Andrew Blanchfield
      Andrew Blanchfield, T.A. (#16812)
      Email: ablanchfield@keoghcox.com
      Chelsea A. Payne (#35952)
      Email: cpayne@keoghcox.com
      Special Assistant Attorneys General
      Post Office Box 1151
      Baton Rouge, Louisiana 70821
      Telephone:  (225) 383-3796
      Facsimile:  (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 20th day of February, 2025.

                                        /s/ Zachary Fairclotth
                                  ZACHARY FAIRCLOTH