# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1041-BAJ-RLB** |
| **THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS** | |

## MOTION TO WITHDRAW COUNSEL OF RECORD

The United States of America hereby moves to withdraw the following counsel of record from this matter: Maura M. Klugman, Curtis Aristide Harris, and Matthew B. Underwood. The United States represents that these withdrawals are necessitated by the re-assignment of litigation responsibilities for this action within the United States Department of Justice. The United States further avers that counsel remain on this case from the United States Attorney's Offices for the Middle and Western Districts of Louisiana and the Special Litigation Section of the United States Department of Justice.

Pursuant to Local Civil Rule 83(b)(13), undersigned counsel further certifies that Matthew B. Underwood has consented to the filing of this motion withdrawing him from this matter.

For the foregoing reasons, the United States prays for the entry of an order withdrawing Maura M. Klugman, Curtis Aristide Harris, and Matthew B. Underwood as attorneys for the United States of America in this action.

UNITED STATES OF AMERICA, by

APRIL M. LEON
ACTING UNITED STATES ATTORNEY

/s/ Katherine K. Green
Katherine K. Green, LBN 29886
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: katherine.green@usdoj.gov


/s/ Maura M. Klugman
Maura M. Klugman, NY Bar No. 4695623
Deputy Chief, Special Litigation Section
U.S. Department of Justice
950 Pennsylvania Avenue NW (4CON)
Washington, D.C. 20530
Telephone: (202) 598-5703
Facsimile: (202) 514-0212
Email: Maura.Klugman@usdoj.gov


/s/ Curtis Aristide Harris
Curtis Aristide Harris, CA Bar No. 329801
Trial Attorney, Special Litigation Section
U.S. Department of Justice
950 Pennsylvania Avenue NW (4CON)
Washington, D.C. 20530
Telephone: (202) 598-9318
Facsimile: (202) 514-0212
Email: Curtis.Harris@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Motion to Withdraw Counsel of Record* has been filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record via operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 8th day of May, 2025.

/s/Katherine K. Green
Katherine K. Green, LBN 29886
Assistant United States Attorney