UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 3:24-cv-1041 |
| THE STATE OF LOUISIANA, et al., | Judge: BAJ - RLB |
| Defendants. | |

**UNOPPOSED MOTION FOR ABEYANCE**

Defendants State of Louisiana and Louisiana Department of Public Safety and Corrections respectfully request that the Court (a) hold all proceedings and deadlines in abeyance for an additional 90 days and (b) direct the parties to submit a joint status report after 90 days advising the Court of their positions on the status of this case. The United States consents to this requested relief.

On Defendants' unopposed motion, this Court administratively closed this matter on February 11, 2025, and ordered the parties to file a joint status report, a motion to lift the stay, and, if applicable, a motion for scheduling conference "no later than May 12, 2025." ECF 27. As Defendants explained, ECF 26, this abeyance was intended to accommodate the ongoing transition in leadership at the U.S. Department of Justice, as well as allow the parties to confer regarding a potential resolution that would obviate any need to impose on the Court's time and resources.

The parties need additional time in seeking to resolve these issues. Accordingly, Defendants respectfully request that the Court (a) hold all proceedings

1

and deadlines in abeyance for 90 days and (b) direct the parties to submit a joint status report after 90 days advising the Court of their positions on the status of this case.

Dated: May 12, 2025                         Respectfully submitted,

**ELIZABETH B. MURRILL**

 /s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
 *Principal Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone:  (225) 326-6766
Facsimile:   (225) 326-6795
fairclothz@ag.louisiana.gov

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 12th day of May, 2025.

                                            /s/ *Zachary Faircloth*
                                            Zachary Faircloth