UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| THE STATE OF LOUISIANA, ET AL. | NO. 24-01041-BAJ-RLB |

### ORDER

Considering Defendants' **Unopposed Motion For Abeyance (Doc. 30)**,

**IT IS ORDERED** that this action shall continue to remain administratively closed.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report, and, if applicable, a Motion for Scheduling Conference, no later than August 12, 2025.

Baton Rouge, Louisiana, this 15th day of May, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1