UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 24-1041-BAJ-RLB |
| THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | |

## MOTION TO WITHDRAW COUNSEL OF RECORD

The United States of America hereby moves to withdraw Sandra E. Gutierrez as counsel of record from this matter. The United States represents that this withdrawal is necessitated by the re-assignment of litigation responsibilities for this action within the United States Department of Justice. The United States further avers that counsel remain on this case from the United States Attorney's Offices for the Middle and Western Districts of Louisiana and the Special Litigation Section of the United States Department of Justice.

Pursuant to Local Civil Rule 83(b)(13), undersigned counsel further certifies that Sandra E. Gutierrez has consented to the filing of this motion withdrawing her from this matter.

For the foregoing reasons, the United States prays for the entry of an order withdrawing Sandra E. Gutierrez as an attorney for the United States of America in this action.

UNITED STATES OF AMERICA, by

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY

/s/ Katherine K. Green
Katherine K. Green, LBN 29886
Assistant United States Attorney

451 Florida Street, Suite 300<br>
Baton Rouge, Louisiana 70801<br>
Telephone: (225) 389-0443<br>
Fax: (225) 389-0685<br>
E-mail: katherine.green@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Withdraw Counsel of Record* has been filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record via operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 6th day of June, 2025.

/s/Katherine K. Green
Katherine K. Green, LBN 29886
Assistant United States Attorney

2