UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>        Defendants. | Civil Action No. 3:24-cv-1041<br><br>Judge:  BAJ - RLB |

**UNOPPOSED MOTION FOR ABEYANCE**

Plaintiff, the United States of America respectfully requests that the Court (a) hold all proceedings and deadlines in abeyance for an additional 60 days and (b) direct the parties to submit a joint status report after 60 days advising the Court of their positions on the status of this case. Defendants, State of Louisiana and the Louisiana Department of Public Safety and Corrections consent to this requested relief.

On Defendants' unopposed motion for a 90-day abeyance, ECF No. 26, this Court administratively closed this matter on February 11, 2025, and ordered the parties to file a joint status report, a motion to lift the stay, and, if applicable, a motion for scheduling conference by May 12, 2025.  ECF No. 27.  As Defendants explained, this abeyance was to accommodate the ongoing transition in leadership at the U.S. Department of Justice, as well as allow the parties to confer regarding a potential resolution that would obviate any need to impose on the Court's time and resources.  ECF No. 26.  On May 12, 2025, after conferring with the United States, Defendants requested by unopposed motion another 90-day abeyance to allow the parties "additional time in

seeking to resolve these issues." ECF No. 30 at 1–2. The Court granted this request and ordered the parties to "file a Joint Status Report, and, if applicable, a Motion for Scheduling Conference, no later than August 12, 2025." ECF No. 31. After conferring with Defendants, the United States moves the Court for an additional 60-day abeyance.

There is good cause for this request. The Parties continue to need additional time to confer regarding a potential resolution to this case that would obviate any need to impose on the Court's time and resources. Thus, the United States hereby respectfully requests that the Court (a) hold all proceedings and deadlines in abeyance for 60 days and (b) direct the parties to submit a joint status report after 60 days advising the Court of their positions on the status of this case.

DATED this 12th day of August, 2025

Washington, District of Columbia

                                                Respectfully Submitted,

FOR THE UNITED STATES:

                                                ANDREW DARLINGTON
                                                Acting Chief
                                                Special Litigation Section

                                                KERRY K. DEAN
                                                Deputy Chief
                                                Special Litigation Section

                                                *s/Marlysha Myrthil*
                                                MARLYSHA MYRTHIL
                                                Senior Trial Attorney
                                                ASHLEY LIGHT
                                                Trial Attorney

        Special Litigation Section
        U.S. Department of Justice
        Civil Rights Division
        950 Pennsylvania Avenue, N.W. (4CON)
        Washington, D.C. 20530
        (202) 305-5959
        marlysha.myrthil@usdoj.gov

*s/ Katherine K. Green*
KATHERINE K. GREEN, LBN 29886
Assistant United States Attorney
United States Attorney's Office
Middle District of Louisiana
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Office: (225) 389-0443
Fax: (225) 389-0685
E-mail: katherine.green@usdoj.gov

*s/ Shannon T. Smitherman*
SHANNON T. SMITHERMAN
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
Western District of Louisiana
300 Fannin Street
Shreveport, Louisiana 71101

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the United States District Court for the Middle District of Louisiana on this 12th day of August 2025, using the CM/ECF System, which will provide notice of such filing to all parties.

                                      *s/Marlysha Myrthil*
                                      MARLYSHA MYRTHIL
                                      Senior Trial Attorney
                                      Special Litigation Section
                                      U.S. Department of Justice
                                      Civil Rights Division
                                      950 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20530
                                      (202) 305-5959
                                      marlysha.myrthil@usdoj.gov