UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA, ET AL. | NO. 24-01041-BAJ-RLB |

## ORDER

Considering Plaintiff's **Unopposed Motion For Abeyance** (Doc. 36, the "Motion"),

**IT IS ORDERED** that the **Motion (Doc. 36)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this action shall continue to remain administratively closed.

**IT IS FURTHER ORDERED** that the Parties shall file a Joint Status Report, and, if applicable, a Motion for Scheduling Conference, no later than October 14, 2025.

Baton Rouge, Louisiana, this 13th day of August, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA