UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>        Defendants. | Civil Action No. 3:24-cv-1041<br><br>Judge:  BAJ - RLB |

## MOTION TO STAY PENDING DEADLINES

Plaintiff, the United States of America respectfully moves for a stay of pending deadlines in the above-captioned case.

1.    At the end of the day on September 30, 2025, the continuing resolution that had been funding the Department of Justice expired, and those appropriations to the Department lapsed.  The same is true for the Civil Division attorneys with the U.S. Attorney's Offices for the Middle, Eastern, and Western Districts handling this case.  The Department does not know when such funding will be restored by Congress.

2.    Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.    Undersigned counsel for the Department of Justice therefore request a stay of all pending deadlines until Congress has restored appropriations to the Department.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.	Opposing counsel has authorized counsel for the Government to state that Defendants, State of Louisiana and the Louisiana Department of Public Safety and Corrections have no objection to this motion.

For the foregoing reasons and with great regret for any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all pending deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED this 8th day of October, 2025

Washington, District of Columbia

Respectfully Submitted,

FOR THE UNITED STATES:

PATRICK MCCARTHY
Acting Chief
Special Litigation Section

KERRY K. DEAN
Deputy Chief
Special Litigation Section

*s/Marlysha Myrthil*
MARLYSHA MYRTHIL
Senior Trial Attorney
ASHLEY LIGHT
Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W. (4CON)
Washington, D.C. 20530
(202) 305-5959
marlysha.myrthil@usdoj.gov

*s/ Katherine K. Green*
KATHERINE K. GREEN, LBN 29886
Assistant United States Attorney
United States Attorney's Office
Middle District of Louisiana
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Office: (225) 389-0443
Fax: (225) 389-0685
E-mail: katherine.green@usdoj.gov

*s/ Shannon T. Smitherman*
SHANNON T. SMITHERMAN
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
Western District of Louisiana
300 Fannin Street
Shreveport, Louisiana 71101

*s/Peter M. Mansfield*
PETER M. MANSFIELD (#28671)
Chief, Civil Division
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3047
Facsimile: (504) 680-3184
Peter.Mansfield@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the United States District Court for the Middle District of Louisiana on this 8th day of October 2025, using the CM/ECF System, which will provide notice of such filing to all parties.

    *s/Marlysha Myrthil*
    MARLYSHA MYRTHIL
    Senior Trial Attorney
    Special Litigation Section
    U.S. Department of Justice
    Civil Rights Division
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530
    (202) 305-5959
    marlysha.myrthil@usdoj.gov