UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA, ET AL. | NO. 24-01041-BAJ-RLB |

## ORDER

Before the Court is the United States' **Motion To Stay Pending Deadlines (Doc. 38, the "Motion")**, asking the Court to stay the pending deadline in this case until Congress has restored appropriations for the Department of Justice ("DOJ"). The Court's prior Order requires the Parties to file a Joint Status Report, and, if applicable, a Motion for Scheduling Conference, no later than October 14, 2025, regarding whether this action shall continue to remain administratively closed. (Doc. 37).

The United States indicates that DOJ attorneys are "prohibited from working, even on a voluntary basis, except in very limited circumstances, including 'emergencies involving the safety of human life or the protection of property.'" (*Id.* at 1).

Accordingly,

**IT IS ORDERED** that the **Motion (Doc. 38)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter shall remain **STAYED** and **ADMINISTRATIVELY CLOSED** until Congress has restored appropriations to the DOJ.

2

**IT IS FURTHER ORDERED** that the United States shall immediately notify the Court upon a restoration of appropriations to the DOJ. At that time, the Court will issue a Scheduling Order regarding the revised deadline for the Parties' Joint Status Report.

Baton Rouge, Louisiana, this 9th day of October, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**