UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                              NO. 24-01041-BAJ-RLB

ORDER

Before the Court is the United States' **Notice Of Restoration Of Appropriations (Doc. 40, the "Motion")**, notifying the Court that Congress has restored appropriations for the Department of Justice and requesting that the Court extend all previous deadlines by 43 days, which is the total number of days of the lapse in appropriations.

The Court's prior Order, which preceded the lapse in appropriations, required the Parties to file a Joint Status Report, and, if applicable, a Motion for Scheduling Conference, no later than October 14, 2025, regarding whether this action shall continue to remain administratively closed. (Doc. 37). Defendants did not oppose this same request made by the United States in its Unopposed Motion To Stay Pending Deadlines (Doc. 38) when the United States first notified the Court of the lapse in appropriations.

Because the lapse of appropriations began on October 1, 2025, and the Parties' Joint Status Report had originally been due no later than October 14, 2025, the Court will allow the Parties 14 days from the issuance of this Order to file a Joint Status Report, and, if applicable, a Motion for Scheduling Conference.

Accordingly,

**IT IS ORDERED** that the **Motion (Doc. 40)** be and is hereby **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the above-captioned matter shall continue to remain **STAYED** and **ADMINISTRATIVELY CLOSED** pending submission of the Parties' Joint Status Report and, if applicable, Motion for Scheduling Conference.

**IT IS FURTHER ORDERED** that, within 14 days of the issuance of this Order, the Parties shall file a Joint Status Report, and, if applicable, a Motion for Scheduling Conference.

Baton Rouge, Louisiana, this 18th day of November, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**