# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>    Defendants. | Civil Action No. 3:24-cv-1041<br><br>Judge: BAJ - RLB |

## JOINT STATUS REPORT

Pursuant to this Court's November 18, 2025 Order (ECF No. 41), the Parties jointly submit this Status Report to advise the Court that the Parties are engaged in discussions to resolve this case collaboratively and that a scheduling conference is not needed at this time.

The Parties therefore request that the Court continue to hold this case administratively closed while the Parties continue settlement negotiations.

DATED this 2nd day of December, 2025

Washington, District of Columbia

                                                  Respectfully Submitted,

FOR THE UNITED STATES:

                                                  PATRICK MCCARTHY
                                                  Acting Chief
                                                  Special Litigation Section

KERRY K. DEAN
Deputy Chief
Special Litigation Section

*s/Marlysha Myrthil*
MARLYSHA MYRTHIL
Senior Trial Attorney
ASHLEY LIGHT
Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W. (4CON)
Washington, D.C. 20530
(202) 305-5959
marlysha.myrthil@usdoj.gov

*s/ Katherine K. Green*
KATHERINE K. GREEN, LBN 29886
Assistant United States Attorney
United States Attorney's Office
Middle District of Louisiana
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Office: (225) 389-0443
Fax: (225) 389-0685
E-mail: katherine.green@usdoj.gov

*s/ Shannon T. Smitherman*
SHANNON T. SMITHERMAN
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
Western District of Louisiana
300 Fannin Street
Shreveport, Louisiana 71101

*s/Peter M. Mansfield*
PETER M. MANSFIELD (#28671)
Chief, Civil Division
Assistant United States Attorney
650 Poydras Street, Suite 1600

New Orleans, Louisiana 70130
Telephone: (504) 680-3047
Facsimile: (504) 680-3184
Peter.Mansfield@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the United States District Court for the Middle District of Louisiana on this 2nd day of December 2025, using the CM/ECF System, which will provide notice of such filing to all parties.

> *s/Marlysha Myrthil*
> MARLYSHA MYRTHIL
> Senior Trial Attorney
> Special Litigation Section
> U.S. Department of Justice
> Civil Rights Division
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530
> (202) 305-5959
> marlysha.myrthil@usdoj.gov