UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA, ET AL. | NO. 24-01041-BAJ-RLB |

### ORDER

Considering the **Joint Status Report (Doc. 42)**, which asks the Court to "continue to hold this case administratively closed while the Parties continue settlement negotiations,"

**IT IS ORDERED** that the above-captioned matter shall continue to remain **STAYED** and **ADMINISTRATIVELY CLOSED** pending submission of the Parties' Joint Status Report or, if applicable, a Motion for Scheduling Conference or Joint Stipulation of Dismissal.

**IT IS FURTHER ORDERED** that, within 45 days of the issuance of this Order, the Parties shall file a Joint Status Report, or, if applicable, a Motion for Scheduling Conference or Joint Stipulation of Dismissal.

Baton Rouge, Louisiana, this 4th day of December, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA