UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA, ET AL. | NO. 24-01041-BAJ-RLB |

### ORDER

Considering the **Joint Status Report (Doc. 44)**, which notifies the Court that "the Parties continue discussion to resolve this case collaboratively," and which asks the Court to "continue to hold this case administratively closed while the Parties continue settlement negotiations, but schedule a status conference within the next 30 days to assess progress,"

**IT IS ORDERED** that the above-captioned matter shall continue to remain **STAYED** and **ADMINISTRATIVELY CLOSED** pending further instruction from the Court following the next Telephone Status Conference or, if applicable, the filing of a Joint Stipulation of Dismissal.

**IT IS FURTHER ORDERED** that a Telephone Status Conference be and is hereby **SET** for March 5, 2026, at 10:30 A.M. Dial-in information will be sent to Counsel prior to the conference.

Baton Rouge, Louisiana, this 22nd day of January, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA