# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                          NO. 24-01041-BAJ-RLB

## ORDER

Considering the United States' **Motion to Withdraw as Counsel (Doc. 51)**,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Julia White is hereby **WITHDRAWN** as counsel of record for the United States.

Baton Rouge, Louisiana, this 29th day of June, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**