**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

Defendants.

Civil Action No. 3:24-cv-1041

Judge: BAJ - RLB

**JOINT MOTION FOR EXPEDITED STATUS CONFERENCE**

The United States of America and the State of Louisiana and the Louisiana Department of Public Safety and Corrections jointly move, on an expedited basis, for a telephone status conference with the Court to discuss the status of this case. Accordingly, the parties jointly request that the Court set a telephone status conference in the above captioned matter anytime on Thursday, September 10, 2026, or Friday, September 11, 2026.

Respectfully Submitted this 9th day of September,

FOR THE UNITED STATES:

KATHERINE K. GREEN, LBN 29886
Assistant United States Attorney
United States Attorney's Office
Middle District of Louisiana
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Office: (225) 389-0443
Fax: (225) 389-0685

PATRICK MCCARTHY
Acting Chief
Special Litigation Section

*s/ Ashley N. Light*
ASHLEY N. LIGHT
Trial Attorney
MARLYSHA MYRTHIL

E-mail: katherine.green@usdoj.gov

SHANNON T. SMITHERMAN
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
Western District of Louisiana
300 Fannin Street
Shreveport, Louisiana 71101

PETER M. MANSFIELD (#28671)
Chief, Civil Division
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3047
Facsimile: (504) 680-3184
Peter.Mansfield@usdoj.gov

Senior Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W. (4CON)
Washington, D.C. 20530
(202) 718-2258
ashley.light@usdoj.gov

FOR LOUISIANA AND LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS:

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile: (225) 326-6795
fairclothz@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the United States District Court for the Middle District of Louisiana on this 9th day of September, 2026, using the CM/ECF System, which will provide notice of such filing to all parties.

*s/Ashley N. Light*
ASHLEY N. LIGHT
Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 718-2258
ashley.light@usdoj.gov