**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA** **CIVIL ACTION**

**VERSUS**

**STATE OF LOUISIANA, ET AL.** **NO. 24-01041-BAJ-RLB**

**ORDER**

Considering the Parties' **Joint Motion For Expedited Status Conference (Doc. 55)**,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that a telephone status conference is **SET** for September 10, 2026, at 2:30 P.M. Counsel will receive dial-in credentials prior to the conference.

Baton Rouge, Louisiana, this 9th day of September, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**