**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF LOUISIANA and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>Defendants. | Civil Action No. 3:24-cv-1041<br><br>Judge: BAJ-RLB |

**UNITED STATES' UNOPPOSED MOTION TO LIFT STAY AND SCHEDULE CONFERENCE**

Plaintiff, the United States, respectfully moves this Court to lift the administrative stay of the above-captioned civil action and set a scheduling conference 60 days from the date of this motion. The Parties have participated in numerous discussions and meetings on in the attempt to resolve the case collaboratively but have not reached a resolution. If the Court grants this Motion, the Parties intend to continue discussions seeking a collaborative resolution of the case and will update the Court as to any developments. After consulting with Defendants, Louisiana and the Louisiana Department of Public Safety and Corrections, the United States requests that any deadlines set as a result of this motion be no earlier than December 15, 2026. The United States certifies that it has sought to obtain the consent of Defendants to the filing of this Motion. Defendants have informed the United States that they do not oppose this Motion.

Respectfully Submitted this 16th day of October,

FOR THE UNITED STATES:

KATHERINE K. GREEN, LBN 29886
Assistant United States Attorney
United States Attorney's Office
Middle District of Louisiana
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Office: (225) 389-0443
Fax: (225) 389-0685
E-mail: katherine.green@usdoj.gov

SHANNON T. SMITHERMAN
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
Western District of Louisiana
300 Fannin Street
Shreveport, Louisiana 71101

PATRICK MCCARTHY
Acting Chief
Special Litigation Section

*s/ Ashley N. Light*
ASHLEY N. LIGHT
ELENA BEN DAVID
Trial Attorneys
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W. (4CON)
Washington, D.C. 20530
(202) 718-2258
ashley.light@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing and all exhibits have been electronically filed with the Clerk of the United States District Court for the Middle District of Louisiana on this 16th day of October, 2026, using the CM/ECF System, which will provide notice of such filing to all parties.

*/s/ Ashley N. Light*
ASHLEY N. LIGHT
Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 718-2258
ashley.light@usdoj.gov