**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA** **CIVIL ACTION**

**VERSUS**

**STATE OF LOUISIANA, ET AL.** **NO. 24-01041-BAJ-RLB**

**ORDER**

Considering the United States' **Unopposed Motion To Lift Stay And Schedule Conference (Doc. 60)**,

**IT IS ORDERED** that the Motion (Doc. 60) is **GRANTED**.

**IT IS FURTHER ORDERED** that the stay of the above-captioned matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that a telephone status conference is **SET** for December 17, 2026, at 4:00 P.M. Counsel will receive dial-in credentials prior to the conference.

Baton Rouge, Louisiana, this 19th day of October, 2026

Brian A. Jackson

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**